UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE ANTHONY COLBERT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>　　　　　Respondent. | Case No. ED CV 11-51-JSL (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order issued this day,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

　　　DATED: Jan. 18, 2011.

　　　　　　　　　　　　　　　　　　/s/ Spencer Letts
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MagJ51.wpd